## Siegwarth's Estate (No. 2).

Argued April 9, 1907.   Appeal, No. 101, April T., 1907, by Sophia Liebler, from decree of O. C. Allegheny Co., Sept. T., 1906, No. 149, distributing fund in Estate of Margaretha Siegwarth, deceased.   Before RICE, P. J., HENDERSON, MORRISON, HEAD and BEAVER, JJ.   Affirmed.

PER CURIAM, May 13, 1907 :

The same question, and no other, is involved in this appeal as in the appeal of Sophia Liebler, in which we herewith file an opinion.   Ante, p. 622.

The decree is affirmed, the costs of the appeal to be paid by the appellant.